Civ. 05-2050 (SEC)

A CERTIFIED TRUE COPY

DEC -5 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED & FILED
DEC 29 2005
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 17 2005

FILED
CLERK'S OFFICE

DOCKET NOS. 1657 AND 1699
M 05-1699 MDL

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-1657- IN RE VIOXX PRODUCTS LIABILITY LITIGATION
MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

FILED
DEC 12 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-31)
WITH SEPARATION, REMAND AND
MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-5)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. Since that time, 2,150 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. Since that time, 121 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to: 1) the actions in MDL-1657 previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon; and 2) the actions in MDL-1699 previously transferred to the Northern District of California and assigned to Judge Breyer. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Vioxx that involve common questions of fact with the previously transferred MDL-1657 actions; and 2) claims relating to the prescription drugs Bextra and/or Celebrex that involve common questions of fact with the previously transferred MDL-1699 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, 360 F.Supp.2d ___ (JPML 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC -5 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By R. C. [signature]
         Deputy Clerk
Date 12/12/05

The claims in each action relating to Bextra and/or Celebrex are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, ____F.Supp.2d____ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of Louisiana, and ii) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-31 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

# SCHEDULE CTO-5 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #            CASE CAPTION

**ALABAMA NORTHERN**
ALN   2   05-2059         Charlotte Woodruff, et al. v. Merck & Co., Inc., et al.

**CALIFORNIA NORTHERN**
CAN   4   05-3943         Warren Wayne Graham v. Merck & Co., Inc., et al.

**KENTUCKY EASTERN**
~~KYE   7   05-329~~           ~~Patricia M. Moore v. Merck & Co., Inc., et al.~~ Opposed 12/2/05

**KENTUCKY WESTERN**
~~KYW   3   05-561~~           ~~Rhoda Overstreet v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~KYW   3   05-562~~           ~~Randall R. Jackson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~KYW   3   05-577~~           ~~Bonnie Mullins, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~KYW   3   05-623~~           ~~Ernest D. Weber, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05

**MINNESOTA**
MN   0   05-2305           Ira Basinger, et al. v. Merck & Co., Inc., et al.

**MISSOURI EASTERN**
~~MOE   4   05-1562~~          ~~Lonnie Case v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1563~~          ~~Jessie Abbott v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1564~~          ~~Bertha Armstead v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1565~~          ~~Berlin Jenkerson v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
MOE   4   05-1587           Lash Angel, et al. v. Merck & Co., Inc., et al.
MOE   4   05-1588           Martha Vowell, et al. v. Merck & Co., Inc., et al.
MOE   4   05-1589           Martha Hallman, et al. v. Merck & Co., Inc., et al.
~~MOE   4   05-1590~~          ~~David Wagner v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1592~~          ~~John Kaczmarczyk v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1666~~          ~~Jerry M. Dance v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1669~~          ~~Doris Crenshaw v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1741~~          ~~Jeanette Lasky v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1744~~          ~~Francesca A. Salmieri v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1746~~          ~~Vincent Calamia v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1747~~          ~~Thomas Kasper v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1748~~          ~~Bernadean Acreman v. Merck & Co., Inc, et al.~~ Opposed 12/2/05
~~MOE   4   05-1750~~          ~~Josephine Tourville v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1751~~          ~~Jacqueline M. Lawrence v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1752~~          ~~Adele Anthon v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1753~~          ~~James B. Elgin, Jr. v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1755~~          ~~Richard Menzel v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1756~~          ~~Marcy A. West v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1757~~          ~~Hilda L. Tucker v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
~~MOE   4   05-1758~~          ~~Arzie Stephens v. Merck & Co., Inc., et al.~~ Opposed 12/2/05
MOE   4   05-1761           Mattie Boswell, et al. v. Merck & Co., Inc., et al.
MOE   4   05-1785           Lavella Hon v. Pfizer, Inc., et al.
MOE   4   05-1791           John Ayers v. Pfizer, Inc., et al.

SCHEDULE CTO-31 TAG-ALONG ACTIONS  (MDL-1657)                                  PAGE 2 of 2
SCHEDULE CTO-5 TAG-ALONG ACTIONS  (MDL-1699)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MOE  4  05-1792 | Sharron Mann v. Pfizer, Inc., et al. |
| MOE  4  05-1849 | Cheryl Rice, et al. v. Merck & Co., Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW  4  05-934 | Charles Reliford, et al. v. Merck & Co., Inc., et al. |
| MOW  4  05-936 | Larry Redman v. Merck & Co., Inc., et al. |
| **NEW YORK NORTHERN** | |
| NYN  5  05-1222 | Mary Wegerski v. Merck & Co., Inc., et al. |
| NYN  6  05-1218 | Richard Zupkas, et al. v. Merck & Co., Inc., et al. |
| **OREGON** | |
| OR   3  05-1569 | Le Nguyen v. Merck & Co., Inc., et al. |
| **PUERTO RICO** | |
| PR   3  05-2020 | William Lopez-Lopez, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2022 | Juan Lasalle-Lopez, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2023 | Luz M. Salinas-Roldan, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2024 | Rosaura Quiles-Rivera, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2026 | Herminia Sansotta-Navarro, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2030 | Maria Isabel Velez-Reyes, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2033 | Elsie Roman-Iglesias, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2034 | Jose Antonio Alicea-Mercado, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2035 | Gloria Pilar Santiago-Serrano, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2036 | Carmen Marcial-Hernandez, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2038 | Arnaldo Ramos-Martir, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2039 | Wilfredo Rodriguez-Feliciano, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2042 | Luis R. Carrion-Velez, et al. v. Astra Merck, Inc., et al. |
| ~~PR   3  05-2043~~ | ~~Luis Angel Gonzalez-Rodriguez, et al. v. Astra Merck, Inc., et al.~~ Vacated 12/2/05 |
| PR   3  05-2044 | Grisella Lopez-Magobet, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2045 | Teresita Falcon-Matos, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2046 | Gloria Lamourt-Cardona, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2047 | Maria Lopez-Sanchez, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2048 | Esther Cordova-Perez, et al. v. Astra Merck, Inc., et al. |
| PR   3  05-2050 | Hector B. Rivera-Rivera, et al. v. Astra Merck, Inc., et al. |
| **TENNESSEE EASTERN** | |
| TNE  1  05-277 | Susan H. Scissom, etc. v. Merck & Co., Inc., et al. |

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

12 December 2005

U.S. District Court
District of Puerto Rico
150 Carlos Chardon Street
Hato Rey, Puerto Rico 00918

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Hector B. Rivera-Rivera, et al -v- Astra Merck, Inc., et al*

Your Case Number(s)
C.A. No. 3:05-2050 (SEC)

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files of prior postings. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.